FILED
JUL 11 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR164-MEF |
| | ) | [18 USC 922(g)(1)] |
| JAMES EDWARD GRIFFIN, JR. | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

COUNT 1

On or about the 7th day of October, 2005, in Hayneville, Alabama, within the Middle District of Alabama,

JAMES EDWARD GRIFFIN, JR.,

defendant herein, having been convicted of Escape, 2nd Degree, Case Number CC 1999-65.00, on or about October 11, 1999, in the Circuit Court of Lowndes County, Alabama, a felony for which he was sentenced to serve two years in the penitentiary of the State of Alabama, suspended on two years probation, thereafter possessed, in and affecting commerce, a Stevens, Model 820 BS, 12 gauge shotgun with no serial number, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1) as alleged in Count 1 of this indictment, the defendant,

JAMES EDWARD GRIFFIN, JR.,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of

this offense, including but not limited to the following:

> **One Stevens, Model 820 BS, 12 gauge shotgun with no serial number.**

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*John T. Harmon*
John T. Harmon
Assistant United States Attorney

*Kent Brunson*
Kent B. Brunson
Assistant United States Attorney

2