# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☑ Northern  ☐ Southern  ☐ Eastern

| | |
|---|---|
| HON. Delores R. Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 9-25-2006 | @ 11:06 ☑ a.m. ☐ p.m |
| DATE COMPLETED 9-25-2006 | @ 11:08 ☑ a.m. ☐ p.m |

CASE NO. 2:06CR164-MEF

UNITED STATES OF AMERICA      VS.      JAMES EDWARD GRIFFIN, JR.
Plaintiff(s)                                              Defendant(s)

## APPEARANCES

**Plaintiff(s)/Government**
Kent Brunson

**Defendant(s)**
Don Bethel

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.      Crt Rptr: _____
Law Clerk: _____              Interpreter: _____
USPO/USPTS: _____             Other: _____

### PROCEEDINGS:

☐ Motion Hearing: _____
☐ Status Conference        ☐ Oral Argument        ☐ Evidentiary Hrg.
☐ Revocation              ☐ Scheduling Conf.     ☐ Show Cause
☐ Settlement Conference   ☐ Telephone Conf.      ☐ Sentencing
☐ Non-Jury Trial          ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

☑ Pretrial Conference

Pending Motions: None
Discovery Status: Complete      Plea Status: Prob.
Trial Status/Length: 1 Day      Trial Term: 11-27-06