IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:06-cr-164-MEF |
| ) | |
| JAMES EDWARD GRIFFIN, JR. ) | |

## **O R D E R**

This cause is before the Court on the Defendant's Motion in Limine (Doc. # 19), filed November 20, 2006. Upon consideration of the motion, it is hereby

ORDERED that the parties be prepared to argue this motion after jury selection on November 27, 2006.

DONE this the 22nd day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE