## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr164-MEF |
| | ) | |
| JAMES EDWARD GRIFFIN, JR. | ) | |

### DEFENDANT'S REQUESTED SUPPLEMENTAL JURY INSTRUCTION

**NOW COMES** the Defendant, **JAMES EDWARD GRIFFIN, JR.**, by undersigned counsel, Donnie W. Bethel, and requests that the Court to give the attached Jury Instruction to the jury in the above-styled case.

Dated this 29th day of November 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN  DIVISION**

**UNITED STATES OF AMERICA** )
                             )
**V.**                       )     **CASE NO: 2:06cr164-MEF**
                             )
**JAMES EDWARD GRIFFIN, JR.** )

**DEFENDANT'S REQUESTED INSTRUCTION**

15.    Knowing Possession

**DEFENDANT'S REQUESTED JURY INSTRUCTION NO. 15**

**<u>KNOWING POSSESSION</u>**

You have heard undisputed evidence that the shotgun identified in the indictment was found in the trunk of Mr. Griffin's car.  However, you may not convict Mr. Griffin of the offense charged in the indictment merely because the shotgun identified in the indictment was found in his car.  To convict Mr. Griffin of the offense charged in the indictment you must find beyond a reasonable doubt that Mr. Griffin knowingly either actually or constructively possessed the shotgun.  To find beyond a reasonable doubt that Mr. Griffin knowingly either actually or constructively possessed the shotgun, you must find beyond a reasonable doubt that Mr. Griffin knew that the shotgun was in his car.

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No.: 2:06cr164-MEF** |
| | **)** | |
| **JAMES EDWARD GRIFFIN, JR.** | **)** | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   Kent Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama  36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49