# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED: 11-27-06          AT: 11:25 p.m.
DATE COMPLETED: 11-29-06          AT:  1:05 p.m.

UNITED STATES OF AMERICA          §
                                  §
vs.                               §   CR. NO. 2:06CR164-MEF
                                  §
JAMES EDWARD GRIFFIN, JR.         §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Kent B. Brunson | | Donnie W. Bethel |
| | | Jennifer Hart |

**COURT OFFICIALS PRESENT:**

Jimmy Dickens, Court Reporter
David Housholder, Law Clerk
Kelli Gregg, Courtroom Clerk

**JURORS:**

| | |
|---|---|
| Malcolm A. Cutchins | Raymond Little |
| Paul R. Moore, Jr. | James Leo Collier |
| Billie Alicia Hayes | Brennette Card Tidwell |
| Jennifer Barnett McMath | Larry Williams |
| Tim Sanders | Justine Andrew Land |
| Kathleen Mary White | Wanda T. Langley |
| Ann D. Garner | John Barrington Butler |

**COURTROOM PROCEEDINGS:**

( X ) **Jury Selection and Trial**

    11:25 a.m. -  Court convenes.
                  Court gives oath and swears in entire jury panel.
                  Court gives instructions to entire jury panel.
    12:00 p.m. -  Court is in recess.
    1:35 p.m. -   Court reconvenes.
                  Voir dire begins.

|  |  |
|---|---|
|  | Defense counsel challenges for cause jurors #15 and #93 in which the Court grants. Court excuses juror #95 from service. |
|  | Jury is selected, given the oath and sworn in with the Court. |
| 2:30 p.m. - | Court is in recess. |
| 3:00 p.m. - | Court reconvenes. |
|  | Court gives preliminary instructions to the jury. |
|  | Opening statements begin. Government takes 10 minutes and Defendant takes 7 minutes. |
|  | Government calls Vanessa Thicklin to testify. |
|  | Defense counsel cross-examines witness Thicklin. |
|  | Government calls Agent LaShaun Hutson to testify. |
|  | Defense counsel cross-examines witness Hutson. |
|  | Government calls Agent Sybil Hall-McNeil to testify. |
|  | Defense counsel cross-examines witness McNeil. |
|  | The Government rests at this time. |
|  | At side bar (outside presence of jury) defense counsel Motions the Court Under Rule 29 for Judgment as a Matter of Law. |
|  | Court DENIES Motion for Judgment as a Matter of Law. |
|  | Defense counsel calls Alice James Jones Griffin Gulley to testify. |
|  | Government cross-examines witness Gulley. |
|  | Defense counsel begins re-direct. |
|  | Defense counsel calls Evelyn McCoy to testify. |
|  | Government cross-examines witness McCoy. |
|  | Defense counsel begins re-direct. |
| 4:30 p.m. - | Court is in recess. |
| 4:50 p.m. - | Court reconvenes. |
|  | Defense counsel recalls Officer Hutson to testify. |
|  | Government examines witness Hutson. |
|  | Defense counsel calls defendant James Edward Griffin, Jr. to testify. |
|  | Government begins cross-examination of witness Griffin. |
|  | Defense counsel begins re-direct. |
|  | Defense rests at this time. |
|  | Government recalls Deputy Vanessa Thicklin to testify. |
|  | Defense counsel recalls witness McCoy. |
|  | Jury is excused for the day. |
|  | Defense counsel renews their Motion for Judgment as a Matter of Law at this time. |
|  | Court will renew its ruling and DENY defendant's Motion for Judgment. |
|  | Court will reconvene at 9:00 a.m. on Wednesday in the robing room with closing arguments to begin at 10:00 a.m. |
| 5:20 p.m. - | Court is in recess. |

DAY TWO
11/29/06

| | |
|---|---|
| 9:00 -9:20 a.m. - | Charge conference with counsel. |
| 10:00 a.m. - | Court convenes. |
| | Before jury is brought back in, the Government states that they will be filing a forfeiture claim if the jury finds in favor of the Government. |
| | Court will reserve ruling on the forfeiture allegation pending a finding by the jury. |
| | Court takes up objections by defense counsel to the courts instructions to be given to the jury. |
| | Jury is seated. |
| | Closing arguments begin.  Government takes 30 minutes and Defendant takes 28 minutes. |
| | Court gives closing instructions to the jury.  Alternates are excused. |
| 11:20 a.m. - | Jury is excused to begin deliberations. |
| 1:00 p.m. - | Court reconvenes. |
| | Jury panel renders a guilty verdict. |
| | Court will release defendant on same conditions of the Magistrate Judge and instructs defendant to meet with probation today. |
| | Court will set a sentencing date within 60 to 90 days from today's date. |
| 1:05 p.m. - | Court is in recess. |