IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:06-cr-164-MEF |
| | ) | |
| JAMES EDWARD GRIFFIN, JR. | ) | |

EXHIBIT LIST

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO. | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| Yes | 11-27-06 | 11-27-06 | 1 | LaShaun Hutson | | Stevens, Model 820 BS, 12 gauge shotgun with no serial number |
| Yes | 11-27-06 | 11-27-06 | 2 | LaShaun Hutson | | Advise of Rights |
| Yes | 11-27-06 | 11-27-06 | 3 | Sybil Hall-McNeil | | Certificate of Title |
| Yes | 11-27-06 | 11-27-06 | 4 | La Shaun Hutson | | Photo of blunt |
| Yes | 11-27-06 | 11-27-06 | 5 | La Shaun Hutson | | Photo of shotgun |
| | | | | | | |
| | | | | | | |
| | | | | | | |

\* Exhibit #1 returned to Government Agent LaShaun Hutson on 11/27/06. Kent Brunson 11-27-06

\* Exhibit #1 received back into Court custody for continuance of trial. 11/29/06 Kelli Gregg 11/29/06 Kent Brunson

\* Exhibit #1 returned to Government after verdict of guilty was rendered on 11/29/06. Kelli Gregg 11/29/06 Kent Brunson 11/29/06