IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR NO. 2:06CR164-MEF |
| | ) | |
| JAMES EDWARD GRIFFIN, JR. | ) | Jury Trial: 11/27/06 |
| | | Before: Chief Judge Mark E. Fuller |

**WITNESS LIST**

| GOVERNMENT | DEFENDANT |
|---|---|
| 11/27/06 | 11/27/06 |
| Vanessa Thicklin | Alice James Jones Griffin Gulley |
| LaShaun Hutson | Evelyn McCoy |
| Sybil Hall-McNeil | James Edward Griffin, Jr. |