**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NOV 27 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:06-cr-164-MEF |
| | ) | |
| JAMES EDWARD GRIFFIN, JR. | ) | |

## JOINT STIPULATION

1)   The United States and the Defendant James Edward Griffin, Jr., agree and stipulate that since October 11, 1999, the Defendant has had a conviction for a crime punishable by a term exceeding one year as alleged in the Indictment that prohibits him from possessing a firearm in violation of Title 18, United States Code, Section 922(g)(1).

2)   The United States and the Defendant James Edward Griffin, Jr., agree and stipulate that the Stevens, Model 820 BS, 12 gauge shotgun was manufactured in Massachusetts and traveled in and affecting commerce as alleged in the Indictment.

_____
Kent B. Brunson
Assistant United States Attorney

_____
Don Bethel
Attorney for Defendant

_____
James Edward Griffin, Jr.
Defendant