FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUL 11 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR164-MEF |
| | ) | [18 USC 922(g)(1)] |
| JAMES EDWARD GRIFFIN, JR. | ) | |
| | ) | |
| | ) | INDICTMENT |
| | ) | |

The Grand Jury charges:

COUNT 1

On or about the 7th day of October, 2005, in Hayneville, Alabama, within the Middle District of Alabama,

JAMES EDWARD GRIFFIN, JR.,

defendant herein, having been convicted of ▉▉▉▉▉▉▉ Case Number CC 1999-65.00, on or about October 11, 1999, in the Circuit Court of Lowndes County, Alabama, a felony for which he was sentenced to serve two years in the penitentiary of the State of Alabama, suspended on two years probation, thereafter possessed, in and affecting commerce, a Stevens, Model 820 BS, 12 gauge shotgun with no serial number, in violation of Title 18, United States Code, Section 922(g)(1).

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_Janice Davis Williams_
Foreperson

_John T. Harmon_
John T. Harmon
Assistant United States Attorney

_Kent Brunson_
Kent B. Brunson
Assistant United States Attorney