IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-164-F |
| | ) | |
| JAMES EDWARD GRIFFIN, JR. | ) | |

## VERDICT

As to Count 1 of the indictment, we, the jury, find the defendant James Edward Griffin, Jr.

_____  Not Guilty

_____X_____  Guilty

of the charge as set forth in the indictment dated July 11, 2006.

SO SAY WE ALL.

DONE this 29th day of November, 2006.

_[signature]_
Foreperson