IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| James Edward Griffin, Jr. | ) | Docket No.  2:06CR-164-MEF |

The Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pending sentencing.

[X]  A. It is ordered that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on  August 1, 2006  .

[ ]  B. It is ordered that the defendant be remanded to the custody of the U.S. Marshal until the defendant posts the required bond as Ordered and/or agrees to comply with any other Ordered conditions of release as follows:

The defendant shall:

[ ]  1. Execute an unsecured bond in the amount of $_____.

[ ]  2. Execute a bail bond with surety in the amount of $_____.

[ ]  3. Not commit a federal, state or local crime during the period of release.

[ ]  4. Refrain from possessing a firearm or other dangerous weapon.

[ ]  5. Report to the Chief U. S. Probation Officer of this District, or his designee, in accordance with instructions.

[ ]  6. Avoid all contact with the following named persons who are alleged victims and/or witness involved in this case:
_____

[ ]  7. Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.

[ ]  8. Be restricted to travel in _____.

[ ]  9. Random drug testing as directed by the Probation Officer and participate in a drug treatment program if deemed necessary by the Probation Officer.

DATE: 29 November 2006

_____
Chief U.S. District Judge