# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING            AT MONTGOMERY, AL

DATE COMMENCED:   3/14/07       AT:   11:45 a.m.
DATE COMPLETED:   3/14/07       AT:   12:00 p.m.

UNITED STATES OF AMERICA         §
vs.                              §      CR. NO. 2:06CR164-MEF
                                 §
JAMES EDWARD GRIFFIN, JR.        §

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Kent B. Brunson | | Donnie Bethel |

**COURT OFFICIALS PRESENT:**

David Housholder, Law Clerk            Kevin Poole, USPO
Kelli Gregg, Courtroom Clerk           Scott Wright, USPO
Risa Entrekin, Court Reporter

**COURTROOM PROCEEDINGS:**

( X )  **Sentencing**

    11:45 a.m. -   Court convenes.
                    Defendant makes statements to paragraphs #24, #25, #27 & #30 of the pre-sentence report.
                    Court sentences defendant and advises him of his right to an appeal.
                    Government Motions the Court to include the forfeiture allegation within the judgment and make it final within the written judgment.
                    Court will GRANT government's motion as conditional after the advertisement has been issued.
                    Court will allow defendant to self surrender on or about April 16, 2007.
    12:00 p.m. -   Court is in recess.